IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. CLINTON | : | CIVIL ACTION |
| v. | : | NO. 02-2982 |
| | : | |
| LANCASTER ANNUITY SERVICES COMPANY, ET AL. | | |

## ORDER

And now this ___ day of October, 2004, the above-caption matter is scheduled for a settlement/status conference on October 25, 2004 at 3:00 p.m. in Courtroom TBA.

BY THE COURT:

_____
Juan R. Sánchez, J.