IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. CLINTON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) |
| | ) NO. 02-CV-2982 |
| SECURITY ASSET CAPITAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS LANCASTER ANNUITY SERVICES COMPANY, GARY SPIRK ENTERPRISES AND SECURE INVESTMENT, INC.

To: Clerk

    Defendants, Lancaster Annuity Services Company, Gary Spirk Enterprises and Secure Investment, Inc., having failed to answer or otherwise appear in the above-entitled action, and the time for appearance having expired, you are requested to enter defendants' default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                Respectfully Submitted,
                                CLYMER & MUSSER, P.C.

                                /s/ Leonard G. Brown, III\_\_\_\_
                                Leonard G. Brown, III, Esquire
                                Attorney for Plaintiff
                                23 North Lime Street
                                Lancaster PA 17602-2912
                                (717) 299-7101
Dated: November 3, 2004            I.D. #83207

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY L. CLINTON, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 02-CV-2982 |
| v. | ) | |
| | ) | |
| SECURITY ASSET CAPITAL CORPORATION, *et al.*, | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## Affidavit

I, Leonard G. Brown, III, say:

1. I am the attorney for plaintiffs in the above action.

2. A copy of the summons and complaint was served on defendants Lancaster Annuity Services Company on June 25, 2002, Gary Spirk Enterprises on June 25, 2002 and Secure Investment, Inc. on June 25, 2002, as provided in docket entry number two.

3. Defendants Lancaster Annuity Services Company, Gary Spirk Enterprises and Secure Investment, Inc have not answered or otherwise appeared in this action, and the time within which defendants may appear has expired.

/s/ Leonard G. Brown, III\_\_\_\_
Leonard G. Brown, III, Esquire
Attorney for Plaintiffs

Date: November 3, 2004