IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. CLINTON, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-CV-2982 |
| | ) |
| SECURITY ASSET CAPITAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) MOTION FOR JUDGMENT BY DEFAULT |
| Defendants. | ) AND VOLUNTARY DISMISSAL |

MOTION FOR JUDGMENT BY DEFAULT AS TO DEFENDANTS LANCASTER ANNUITY SERVICES COMPANY, GARY SPIRK ENTERPRISES AND SECURE INVESTMENT, INC. AND VOLUNTARY DISMISSAL AS TO DEFENDANTS DAVID S. WALTON

    For the reasons stated in plaintiff's memorandum in support of this motion, plaintiff respectfully moves this court to grant plaintiff's motion for judgment by default and to voluntarily dismiss defendant David S. Walton.

                                        Respectfully Submitted,
                                        CLYMER & MUSSER, P.C.

                                        /s/ Leonard G. Brown, III_____
                                        Leonard G. Brown, III, Esquire
                                        Attorney for Plaintiff
                                        23 North Lime Street
                                        Lancaster PA 17602-2912
                                        (717) 299-7101
Dated: November 10, 2004              I.D. #83207

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am this day serving the foregoing Motion in the manner indicated below.

Service by first class mail, postage prepaid, addressed as follows:

> Secure Investment, Inc.
> 156 North Donnerville Rd.
> Mountville, PA 17554
>
> Lancaster Annuity Services Company
> 8 N. Queen St.
> Lancaster, PA 17603
>
> Gary Spirk Enterprises
> 2173 Embassy Dr.
> Lancaster, PA 17603

CLYMER & MUSSER, P.C.

By:   /s/ Leonard G. Brown, III
Leonard G. Brown III
Attorney for Plaintiff
23 North Lime St.
Lancaster, PA 17602
ID # 83207
(717) 299-7101

Date:  November 10, 2004