IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. CLINTON, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-CV-2982 |
| | ) |
| SECURITY ASSET CAPITAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW this _____ day of _____, 2004, upon consideration of plaintiff's request for judgment by default and voluntary dismissal, and plaintiff's memorandum in support thereof, the clerk is hereby directed to enter judgment of $162,000 against defendants Lancaster Annuity Services Company, Gary Spirk Enterprises and Secure Investment, Inc. jointly and severally, with interest accruing from the date of judgment at the rate of 12% per annum until satisfied.

Finally, defendant David S. Walton is hereby dismissed from this action with prejudice.

_____
JUAN R. SANCHEZ
JUDGE